437 A.2d 1033

Commonwealth v. Pezzulo, Appellant.

Submitted February 17, 1981. Michael A. Klimpl, for appellant; Michael Kane, District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

Judgment of sentence of the court below is hereby affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

437 A.2d 1034

Commonwealth v. Plummer, Appellant.

Submitted February 18, 1981. James Edward Mugford, Sr., for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, MONTEMURO and VAN der VOORT, JJ.

The judgment of sentence of the court below is hereby affirmed.

PRICE, J., did not participate in the consideration or decision of this case.